**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ALVON R. DANIELS, | : | No. 458 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum** |
| v. | : | **Opinion and Order** of the |
| | : | Commonwealth Court at No. 393 CD |
| | : | 2015 entered on June 8, 2016, |
| PENNSYLVANIA BOARD OF | : | **affirming** the Order Dated of the Board |
| PROBATION AND PAROLE, | : | of Probation & Parole at Nos. KQ2280, |
| | : | Parole No: 173GN and SID: 26201381 |
| Respondent | : | entered on February 13, 2015 |

## <u>ORDER</u>

**PER CURIAM**                                        DECIDED:  June 15, 2017

AND NOW, this 15th day of June, 2017, the Petition for Allowance of Appeal is

**GRANTED**. The Order of the Commonwealth Court is **VACATED** and this matter is

**REMANDED** to the Commonwealth Court for reconsideration of its decision in light of

*Pittman v. Pennsylvania Board of Probation and Parole*, __ A.3d __, 2017 WL 1489047

(Pa. April 26, 2017).